UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BONNET SHORES BEACH CLUB : CONDOMINIUM ASSOCIATION INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-461ML |
| HEATH MANAGEMENT COMPANY, INC., | : | |
| Defendants. | : | |

**AFFIDAVIT**

I, Armando E. Batastini, first being duly sworn upon oath, do depose and state as follows:

1. I am counsel of record for Plaintiff Bonnet Shores Beach Club Condominium Association Inc. ("Plaintiff") in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the Summons executed and accepted on behalf of Defendant, Heath Management Company, Inc. by Attorney Jeffrey S. Brenner.

Armando E. Batastini

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to, before me, this 9th day of April, 2008.

Notary Public
My Commission Expires: 10-4-2009

ALBA D. IZZO, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires 10-4-2009

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 9th day of April, 2008, I caused a true copy of the within Affidavit to be served electronically to the following counsel of record:

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

/s/ Armando E. Batastini