UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BONNET SHORES BEACH CLUB CONDOMINIUM ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>HEATH MANAGEMENT COMPANY, INC.,<br><br>Defendant. | ) | Civil Action No. 07-461ML |

**JOINT MOTION TO ENLARGE TIME**
**FOR ANSWER AND/OR OTHER RESPONSIVE PLEADING**

Pursuant to Rule 4(b)(1), Plaintiff Bonnet Shores Beach Club Condominium Association, Inc. ("BSBC") and Heath Management Company, Inc. ("Heath"), by and through undersigned counsel, hereby respectfully request an order enlarging time for Heath to answer and/or file a responsive pleading by sixty (60) days. As basis for this motion, the parties state that they have reached a settlement in principal regarding this matter and another matter presently pending before the Rhode Island Supreme Court. The parties require the enlargement to finalize settlement, which includes the preparation and review of documents effecting the transfer of certain disputed development rights that is the subject matter of this litigation, along with approval of the finalized settlement paperwork by the membership of BSBC.

HEATH MANAGEMENT
COMPANY, INC.

By its Attorneys,

/s/ Jeffrey S. Brenner_______
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1042
(401) 454-1030 (fax)

BONNET SHORES BEACH CLUB
CONDOMINIUM ASSOCIATION, INC.

By its Attorneys,

/s/ Armando E. Batastini______
Richard A. Sherman (#1190)
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)