UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BONNET SHORES BEACH CLUB CONDOMINIUM ASSOCIATION INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 07-461ML |
| HEATH MANAGEMENT COMPANY, INC., | : | |
| Defendants. | : | |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

I, Darlene K. Alt and Florence A. Crisp, hereby enter our appearances and I, Armando E. Batastini, hereby withdraw my appearance on behalf of Defendants Bonnet Shores Beach Club Condominium Association, Inc. in the above-captioned matter.

BONNET SHORES BEACH CLUB
CONDOMINIUM ASSOCIATION, INC.

By its Attorneys,

/s/ Darlene K. Alt
/s/ Florence A. Crisp
Darlene K. Alt (#6345)
Florence A. Crisp (#7451)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 14TH day of May, 2008, I caused a true copy of the within Withdrawal and Entry of Appearance to be filed by ECF to the following counsel of record:

Jeffrey S. Brenner, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903

/s/ Armando E. Batastini