UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BONNET SHORES BEACH CLUB CONDOMINIUM ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>HEATH MANAGEMENT COMPANY, INC.,<br><br>Defendant. | Civil Action No. 07-461ML |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Bonnet Shores Beach Club Condominium Association, Inc. ("BSBC") and Heath Management Company, Inc. ("Heath"), by and through undersigned counsel, hereby respectfully request that this Court enter judgment in this matter in the form attached hereto. As the basis for this motion, the parties state that they have entered into a settlement agreement which is contingent upon the Court's granting of the instant motion and entry of the attached judgment.

HEATH MANAGEMENT
COMPANY, INC.

By its Attorneys,

/s/ Jeffrey S. Brenner
Jeffrey S. Brenner (#4369)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
(401) 454-1042
(401) 454-1030 (fax)

OK to use my electronic signature JB

BONNET SHORES BEACH CLUB
CONDOMINIUM ASSOCIATION, INC.

By its Attorneys,

/s/ Florence A. Crisp
Richard A. Sherman (#1190)
Florence A. Crisp (#7451)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BONNET SHORES BEACH CLUB CONDOMINIUM ASSOCIATION, INC.

Plaintiff,

v.

HEATH MANAGEMENT COMPANY, INC.,

Defendant.

Civil Action No. 07-461ML

**FINAL JUDGMENT**

Upon agreement of the Plaintiff Bonnet Shores Beach Club Condominium Association, Inc. ("BSBC") and Defendant Heath Management Company, Inc. ("Heath"), Final Judgment is entered as follows:

1. The Thirty-Second Amendment to the Declaration of Condominium of Bonnet Shores Beach Club Condominium Declaration is null and void from the date of recordation, namely November 7, 2007;

2. The balance of BSBC's Complaint is dismissed with prejudice; and

3. No award of fees or costs to either party.

**ENTERED** as a Judgment of this Court this ______ day of __________, 2008.

**ENTER:**

______________________________

**PER ORDER:**

______________________________