UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BONNET SHORES BEACH CLUB CONDOMINIUM ASSOCIATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>HEATH MANAGEMENT COMPANY, INC.,<br><br>Defendant. | Civil Action No. 07-461ML |

**FINAL JUDGMENT**

Upon agreement of the Plaintiff Bonnet Shores Beach Club Condominium Association, Inc. ("BSBC") and Defendant Heath Management Company, Inc. ("Heath"), Final Judgment is entered as follows:

1. The Thirty-Second Amendment to the Declaration of Condominium of Bonnet Shores Beach Club Condominium Declaration is null and void from the date of recordation, namely November 7, 2007;

2. The balance of BSBC's Complaint is dismissed with prejudice; and

3. No award of fees or costs to either party.

**ENTERED** as a Judgment of this Court this 27th day of June, 2008.

**ENTER:**

Mary M. Lisi
US DJ

**PER ORDER:**

Barbara Barletta